

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00584-CR
No. 04-25-00585-CR
No. 04-25-00586-CR

**EX PARTE** Rachel Maree **WHEATMAN**

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2025CR009243, 2025CR009244 and 2025CR009241
Honorable Joel Perez, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

In accordance with this court's opinion of this date, the appeals are dismissed.

It is so **ORDERED** on November 26, 2025.

H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

Caitlin A. McCamish, Clerk of Court